U.S. Magistrate Judge J. Richard Creatura

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON – TACOMA

| | |
|---|---|
| STEPHANIE OWENS,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | CASE NO. C09-5732 BHS<br><br>ORDER TO EXTEND TIME TO SUBMIT OPENING BRIEF AND AMEND SCHEDULING ORDER |

Based on the agreement of the parties, IT IS HEREBY ORDERED that the Scheduling Order entered, June 15, 2010, is amended, as follows:

**Plaintiff's Opening Brief due by August 17, 2010.**

**Defendant's Brief is due by September 14, 2010.**

**Plaintiff's Reply Brief is due by September 28, 2010.**

**Oral Argument requested by October 5, 2010.**

DATED this 16th day of July, 2010.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER TO EXTEND TIME AND AMEND SCHEDULING
ORDER   C09-5732 BHS-JRC                    1