UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE OWENS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:09-cv-5732-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 15, 2010, to file Defendant's responsive brief;
- Plaintiff shall have up to and including November 29, 2010, to file an optional reply brief; and
- Oral argument, if desired, shall be requested by December 6, 2010.

DATED this 16th day of September, 2010.

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:09-cv-5732-BHS-JRC]