UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE OWENS,<br><br>　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil No.  3:09-cv-05732-BHS-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

　　Based on Defendant's Second Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 19, 2010, to file Defendant's responsive brief;

- Plaintiff shall have up to and including December 3, 2010, to file an optional reply brief; and

- Oral argument, if desired, shall be requested by December 10, 2010.

　　DATED this 16th day of November 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1       ORDER - [3:09-cv-05732-BHS-JRC]