# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEPHANIE OWENS,

          v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

Case No. C09-5732BHS

      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    (1)    The R&R is **ADOPTED**; and

    (2)    This action is **DISMISSED.**

    March 16, 2011                             WILLIAM M. McCOOL
        Date                                                       Clerk

                                                    *s/ Mary Trent*
                                                       Deputy Clerk